UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| The Estate of Zerihun Wolde, individually and as assignee and Lacks Beach Service, individually and as assignor,<br><br>Plaintiffs,<br><br>versus.<br><br>Arch Specialty Insurance Company; Arch Insurance Company; Arch Insurance Group, Inc. and Brian McMahon, individually,<br><br>Defendants. | C.A. NO.: 4:23-cv-03710-JD<br><br><br><br>**DEFENDANT'S EXPERT DISCLOSURE** |

In accordance with the Amended Scheduling Order of the Court dated December 18, 2023 [ECF 25], the Defendants identifies the following expert witnesses to be used in this case:

(1)     Pursuant to Rule 26(a)(2)(B):

>Thomas H. Hesse
>1629 Meeting Street, Suite A
>Charleston, South Carolina 29405
>(843) 727-2250

A copy of Mr. Hesse's report is attached hereto as Exhibit 1 and the undersigned certified it is being served upon counsel for the Plaintiff this date. Pursuant to Local Rule 16.02, the disclosure is filed with the Court, but Exhibit 1 is not being filed with the Court as instructed by Local Rule 16.02(C)(5) n. 10.

>Christopher W. Martin
>808 Travis Street, Suite 1100
>Houston, Texas
>713-632-1700

A copy of Mr. Martin's report is attached hereto as Exhibit 2 and the undersigned certified it is being served upon counsel for the Plaintiff this date. Pursuant to Local Rule 16.02, the disclosure

1

is filed with the Court, but Exhibit 2 is not being filed with the Court as instructed by Local Rule 16.02(C)(5) n. 10.

(2)     As the Court and the Plaintiffs are aware, outstanding disocvery motions and related issues impact the scope of the materials available for review and use in this case by the parties and their experts. Accordingly, the Defendants intend to name additional expert witnesses as well as amend the reports identified above when the Court issues its opinion on the outstanding motions to compel and protective orders governing the production of materials generated in the underlying tort lawsuit. Those witnesses may include an insurance industry expert to explain insurance to the jury, its purposes, its limitations, and how the transfer of risk and assumptions of risk work. Additionally, it is anticipated that the Defendants may retain an attorney to opine on whether the defense counsel litigation reports were objectively reasonable, but that expert cannot be retained or identified until there is the ability for the Defendants to provide that witness with the information currently being withheld from discovery as outlined in the multiple pending motions.

Dated this __15th___ day of July, 2024.     WALL TEMPLETON & HALDRUP, PA

s/Morgan S. Templeton_____
Morgan S. Templeton (Fed ID #7187)
Post Office Box 1200
Charleston, South Carolina 29402
(843) 329-9500
Morgan.Templeton@WallTempleton.com
**Attorneys for Defendants**